# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANGELA DEVERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-12-1285-D |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration,[1] | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration denying Plaintiff's application for disability insurance benefits and supplemental security income. The matter was referred to United States Magistrate Judge Charles B. Goodwin for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). The parties fully briefed their respective positions and, on March 11, 2014, Judge Goodwin filed his Report and Recommendation [Doc. No. 18] recommending that the Court affirm the decision of the Commissioner.

No party has filed a timely objection or requested additional time to object, although the parties were expressly advised of the right to object and the deadline for objections. Thus the Court finds all parties have waived further review of the issues addressed in the Report. Accordingly, the Court adopts the Report and Recommendation [Doc. No. 18] in its entirety. The decision of the

---

[1] Effective February 14, 2013, Carolyn W. Colvin was named Acting Commissioner of the Social Security Administration. Pursuant to Fed. R. Civ. P. 25(d)(1), she is substituted for former Commissioner Michael J. Astrue as the defendant in this action.

Commissioner denying Plaintiff's application for disability insurance benefits and supplemental security income is AFFIRMED.

IT IS SO ORDERED this 27th day of March, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE